United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MERCURY INSURANCE COMPANY,

Plaintiff,

v.

SAMSUNG ELECTRONICS AMERICA, INC.,

Defendant.

Case No. 25-cv-10480-BLF (VKD)

**ORDER DENYING WITHOUT PREJUDICE STIPULATION FOR ENTRY OF PROPOSED PROTECTIVE ORDER**

Re: Dkt. No. 49

On September 24, 2026, the parties filed a stipulation and proposed protective order. Dkt. No. 49. As all discovery matters have been referred to this Court, the Court denies the stipulated request without prejudice to re-submit a revised proposed stipulated protective order in compliance with the Court's Standing Order for Civil Cases, section 4, which (among other things) requires the parties to submit (1) a clean version of a proposed protective order for the Court's signature and (2) a redline version reflecting any modifications the parties made to the model order. Any resubmitted proposed protective order should also reflect this Court's procedure for discovery dispute resolution. *See* Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: September 25, 2026

Virginia K. DeMarchi
United States Magistrate Judge